IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SARA STONE,<br><br>    Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE, LLC,<br>OPTUM, HERBERT LANCE<br>MACKEY, III, OLD SAVANNAH<br>TOURS, LLC AND HARTFORD<br>CASUALTY INSURANCE<br>COMPANY,<br><br>    Defendants. | CIVIL ACTION NO.<br>4:14-cv-00233-WTM-GRS |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

This matter comes before the Court on the parties' Joint Motion to Stay Proceedings. The Court, having considered the Motion along with the other documents on file in this matter, is of the opinion that the Motion should be GRANTED. IT IS ORDERED that the discovery period and all deadlines in the above-captioned matter shall be stayed pending resolution of Plaintiff's underlying liability action in the Superior Court of Chatham County, Georgia, Case No. CV12-011176. Further, the parties are hereby ORDERED to submit to the Court no later than thirty (30) days after the resolution of Case No. CV12-011176 written notice that the case has resolved and a proposed schedule for further proceedings in

this case, including a brief period to complete all remaining discovery and a deadline for filing dispositive motions.

SO ORDERED this 24TH day of August, 2015.

_____
G.R. Smith
United States Magistrate Judge
Southern District of Georgia