```
IN THE UNITED STATES DISTRICT COURT FOR
       THE SOUTHERN DISTRICT OF GEORGIA
              SAVANNAH DIVISION
```

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAR 30 PM 3:25
CLERK_____B. West____
SO. DIST. OF GA.

```
SARA STONE,                        )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )   CASE NO. CV414-233
                                   )
GLAXOSMITHKLINE, LLC; OPTUM;       )
HERBERT LANCE MACKEY, III;         )
OLD SAVANNAH TOURS, LLC; and       )
HARTFORD CASUALTY INSURANCE        )
COMPANY;                           )
                                   )
     Defendants.                   )
                                   )
_____)
                                   )
GLAXOSMITHKLINE, LLC,              )
                                   )
     Counterclaimant,              )
                                   )
v.                                 )
                                   )
SARA STONE,                        )
                                   )
     Counter-Defendant.            )
_____)
```

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 32.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a party may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's and Counterclaimant's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. As a result of dismissal,

Counterclaimant GlaxoSmithKline's Motion for Default Judgment (Doc. 14) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of March 2016.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA